IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHAD HARGREAVES, | * |
| Plaintiff, | * |
| v. | Case No.  5:21-cv-00257-TES-CHW |
| | * |
| GDC COMMISSIONER TIMOTHY WARD, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 26, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 27th day of July, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk